IN THE UNITED STATES DISTRICT
COURT FOR WESTERN DISTRICT
OF NEVADA

LARRY M. BANKS

VS

ALBERTSONS DEAL AND DELIVERY
VIVEK SANKARAN In his individual capacity and official capacity

CIVIL NO:

2:23-cv-01629-GMN-DJA

42 U.S.C. Ss 1981

NOW COME, LARRY M. BANKS in his own proper persona sui juris and moves this as following : 42 U. S. C. Ss 1981

## JURISDICTION

Jurisdiction is invested pursuant to 28 U.S. C. 1331 & 28 U.S.C. Ss 1343

## VENUE

Venue is invested pursuant to 28 U.S.C. Ss 1391

## PLAINTIFF

Plaintiff Larry M. Banks can receive all documents at 1063 west Columbia ave Chicago, ILLINOIS 69626

## DEFENDANTS

Albertsons Deal and Delivery can be served at 8410 W. Farm road Las Vegas Nevada 89131

VIVEK SANKARAN can be served all documents at the physical location of 8410 W. Farm road Las Vegas Nevada 89131

## STATEMENT OF FACTS

1. On September 4, 2023 myself and my girlfriend and two children went into the Albertsons Deal and Delivered to do some shopping.

2. Throughout our shopping experience we continued to see employees following us around the store for no reason at all.
3. There were several European women at the check in area when we got there.
4. After placing our items on the scanner to add up the amount of cost.
5. The employees start to come over to us both and state it policy that you cannot have over a certain amount of items.
6. The plaintiff Larry M. Banks start to asking them for the policies but before I could do such an employee came up to My Girlfriend and stated if you don't like what I'm saying you could leave.
7. Throughout the Ordeal a employee by the name of Albert came over and seen the racial discrimination that was going on and the harassment and started to add us out of kindness.
8. After leaving the store I then proceeded to go home and I called the store to speak to the manager and Albert picked up and stated I understand your concern and that the employees were wrong.
9. The plaintiff then asked Albert to send me a copy of the policy and he advised me that there was no policy and that the staff members were making up policies that affect AFRICAN AMERICAN and that he was tired of it because he has suffered discrimination as well.
10. This conversation was held on 9/4/23 around 4:30 and 6:30.
11. The plaintiff then went and served them several days later with a ESI data preservation hold notice on 9/11/23
12. The plaintiff went into the store and spoke to the Jane Doe Manager and served her with a copy of the ESI Notice.
13. At this time Jane Doe the Manager became very disrespectful and started to say you're threatening me.
14. I informed the Manager that failure to properly train your staff on dealing with harassment of customers and racial discrimination is against the law.
15. At this time she informed me that blacks don't have any rights in Las Vegas Nevada.
16. I look at her in amazement that such a place as Albertsons Deal and Delivery adopted such disrespectful policies and practices.
17. The plaintiff states 42 U.S.C. Ss 1981 makes applicable that a citizen can bring a suit against a private institution for racial discrimination or harassment.
18. The plaintiff is a United States citizen and enjoys all the privileges the constitution affords to U.S. citizens.
19. The plaintiff suffered mental anguish and embarrassment while his 1 year and 4 year old watched the incident occur in their faces.
20. No human being should have to go to the supermarket and suffer at the hands of employees who dislike African Americans.
21. The Audio Video will show all this and how it happened.
22. The plaintiff is asking for injunctions against Albertsons Deal and Delivery or a declaratory judgment.

23. The plaintiff recites paragraph 22 because if an injunction or declaratory judgment isn't entered every time we go into the store we will continue to be harassed and discriminated against by these same employee's .
24. The plaintiff states no American should suffer discrimination as a customer in a public place that affords citizens the right to purchase goods.
25. The plaintiff states the ESI data preservation hold notice states that the Defendants have (14 ) days to turn over the Audio video of the incident.
26. The plaintiff states he placed the defendant's on notice and a copy of the notice is attached for the court to take Judicial Notice .
27. My 1 year old and 4 year old saw discrimination and kept asking us why we were treated like this .
28. It hurts to look at my children and see the hurt in their eyes because they saw us treated like slaves in 2023 in Albertsons Deal and Delivery.

### RELIEF SOUGHT

1. Plaintiff is seeking 1 million in punitive damages
2. Plaintiff is seeking 1 million in compensatory damages
3. Plaintiff is seeking injunctive relief and Declaratory judgment against the Corporation of Albertsons Deal and Delivery to bring their training and policies up to constitutional standards.'
4. Seeking counsel under the trial bar obligations
5. Any other relief this court deems just and fair .

RESPECTFULLY SUBMITTED
LARRY M. BANKS

9/27/23