IN THE UNITED STATES DISTRICT
COURT FOR WESTERN DISTRICT
OF NEVADA



LARRY M. BANKS

VS

ALBERTSONS DEAL AND DELIVERY
ALBERT in his individual capacity and official capacity; Jane Doe in her individual capacity and official capacity ; Jane Doe in her individual capacity and official capacity , substitute both Jane Doe Defendant's for the owner Vivek SANKARAN until plaintiff finds of the name of the Defendant.

CIVILNO: 2.23-CV-01629-GMN-DJA

SECOND AMENDED COMPLAINT

TITLE VI TITLE IX PURSUANT TO
SECTION 601
CIVIL RIGHT LAWSUIT FOR DISCRIMINATION

NOW COME, LARRY M. BANKS in his own proper persona sui juris and moves this as following : TITLE VI  TITLE XI PURSUANT TO SECTION 601 CIVIL RIGHT LAWSUIT FOR DISCRIMINATION (1) JANE DOE in her individual capacity and official capacity ; (2) JANE DOE in her individual capacity and official capacity substitution both parties pursuant Federal Rules of civil procedure;15 ( C ) under Krupski Vs Costa Crociere S..A. 560 U. S. 538 ( 2010 I) Amending complaint amended once plaintiff finds Jane Doe's names Munden Vs Brown 2021 WL 165163 ( S.D ind. Jan 19 , 2021

JURISDICTION

**Jurisdiction is invested pursuant to 28 U.S. C. 1331 & 28 U.S.C. Ss 1343**

**VENUE**

Venue is invested pursuant to 28 U.S.C. Ss 1391

**PLAINTIFF**
**Plaintiff  Larry M. Banks can receive all documents at 1063 west Columbia ave Chicago, ILLINOIS 69626**

### DEFENDANTS

Albertsons Deal and Delivery can be served at 8410 W. Farm road Las Vegas Nevada 89131

Jane Doe in her individual capacity and official capacity 2. Jane Doe in her Individual capacity and official capacity substituting VIVEK SANKARAN for both Defendant's until plaintiff can be served all documents at the physical location of 8410 W. Farm road Las Vegas Nevada 89131

ALBERT can be served at 8410 W. Farm road Las Vegas Nevada 89131

### STATEMENT OF FACTS

1. On September 4, 2023 myself and my Darriana Humphrey and two children went into the Albertsons Deal and Delivered to do some shopping.
2. The plaintiff states he receives Government assistance from the state of Illinois which is public Assistance program called TANF ( Food stamps )
3. The plaintiff was shopping when he noticed Jane Doe (1) and Jane Doe (2) following him in the store for no reason at all.
4. The plaintiff continued to walk and get groceries in the store.
5. The plaintiff and his girlfriend were in the meat market and the two Jane Doe's walked up to the plaintiff and asked where are you from. I informed Chicago.
6. Jane Doe (1) started talking about my girlfriend stealing from the store.
7. The plaintiff then asked Jane Doe have you ever caught her stealing or doing anything illegal.
8. The clerks then got mad because they were harassing the plaintiff and his girlfriend Ms. Humphrey.
9. The plaintiff walked away from the two Jane Doe clerks one followed the plaintiff and the other Jane doe followed the my girlfriend Ms. Humphrey and her two children, 2 years old and 5 years old.
10. The employee's continued to follow both of us around without legal jurisdiction.
11. The plaintiff had his TANF ( food stamp card from Illinois.
12. The plaintiff states there were more White people in the store then black people and the plaintiff asks why they weren't following other shoppers.
13. The Jane Doe saw several European women at the checkout area line.
14. After placing our items on the scanner to add up the amount of the cost.
15. The Jane Doe 's (1) & (2) start to approach plaintiff and Ms .Humphrey and state its policy that you cannot have over a certain amount of items.
16. The plaintiff asked for the policy for Albertson or to view the policy the Jane Doe's was talking about but they both started to getting loud trying to embarrass the plaintiff and Ms. Humphrey.

17. Throughout the ordeal a employee by the name of Albert who was African American came over and saw the racial discrimination that was going on and started correcting Jane Doe's .
18. Plaintiff states myself and Albert conversed about the discrimination and he said welcome to Las Vegas they're prejudiced in Nevada.
19. After leaving Albertson the plaintiff went to his residence and called and spoke with Albert again and asked for Both Jane Doe's names . He refused to give them to the plaintiff .
20. The plaintiff stated Albert began asking me nicely not to sue these individuals for discrimination and harassment .
21. The plaintiff asked Albert to send me a copy of the policy which he informed the Jane Doe's to allow him to see.
22. The plaintiff then said the policy is public information so why is the plaintiff unable to see the policy.
23. Albert stated their no policy they was making it up .
24. The plaintiff then started asking Albert we have food stamps and we can at for the food so what's the problem.
25. Heart of Atlanta Motel Inc Vs United States , 379 U.S. 241 ( 1964 ) . " This case held that the " commerce clause " gave Congress the power to enforce desegregation in private businesses like motels and that the Civil Right Act of 1964 was unconstitutional.
26. Plaintiff states this case is a landmark case which plaintiff states the decision which solidified that Albertson is a private business, see: 379 U.S. 241 (1964 )
27. The plaintiff states this pertains to accommodation rather than retail stores . It supports the broader points about Albertson racial discrimination being prohibited in business open to the public .
28. Nixon Vs Condon , 286 U.S. 73 (1932 ) plaintiff states his case holds the potential because Albertson Deals is a private entity carry out Government functions, which Albertson Deals violated plaintiff rights which the Equal protection clause protects citizens under the 14th Amendment.
29. The plaintiff states the principles, while not dealing with Retail or food services Albertson Deals and delivery by administering the EBT program, is acting as an agency and thus subject to civil Rights laws .
30. The plaintiff states Defendants discriminated and harassed the plaintiff and Ms . Humphrey and the children .
31. The plaintiff states Albert's failure to report this incident shows a failure to report retaliatory behavior and discriminatory misconduct.
32. The children were crying and confused because they have never been mistreated in a public setting .
33. slavery was abolished in this country but the Jane Doe's defendants stated they were following policies to enforce policies that abridged the right , privileges and immunities .
34. NEVADA SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM? SNAP IS A FEDERAL PROGRAM.

35. PLAINTIFF states there (3) test Albertson had to establish with the state . (1) USDA FNS PERMIT TO PROCESS EBT TRANSACTIONS (2) ENSURE YOU GET APPROVED PROPER EQUIPMENT (3) RECEIVE YOUR EBT PROCESSING EQUIPMENT.
36. The plaintiff states he doesn't know the jane Doe's names but substitution VIBEK SANKARAN and will amend the name under Federal rules of civil procedure, Rule 15( c ) and pursuant to Federal rules of civil procedure; Rule 26 (a )
37. Plaintiff suffers from mental Anguish every time he goes into a grocery store to shop .

RELIEF SOUGHT

1. Plaintiff is seeking 1 million in punitive damages
2. Plaintiff is seeking 1 million in compensatory damages
3. Plaintiff is seeking injunctive relief and Declaratory judgment against the Corporation of Albertsons Deal and Delivery to bring their training and policies up to constitutional standards.'
4. Seeking counsel under the trial bar

RESPECTFULLY SUBMITTED
LARRY M. BANKS
4/29/2024

Larry M. Banks
1063 West Columbia Ave
Chicago IL 60626

Clerk U.S. D.