# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Larry M. Banks,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Albertson's Deal & Delivery, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01629-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion for writ of execution. (ECF No. 26). Plaintiff indicates on that motion that judgment was entered on September 15, 2024. (*Id.*). But Plaintiff's motion for default judgment is still pending. (ECF No. 18). And judgment has not been entered in this case. The Court thus denies Plaintiff's motion for writ of execution as premature.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for writ of execution (ECF No. 26) is **denied as premature.** The Clerk of Court is kindly directed to send this order to Plaintiff.

DATED: October 31, 2024

						_____
						DANIEL J. ALBREGTS
						UNITED STATES MAGISTRATE JUDGE