AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

REC'D USMS D/NV
2025 MAY 05 AM08:52

Larry M. Banks,

)
)
)
)
)

_____

*Plaintiff(s)*

v.

Albertson's Deal & Delivery et al.,

)
)
)
)
)
)
)

Civil Action No. 2:23-cv-01629-GMN-DJA

_____

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Albertson's Deal & Delivery

```
FILED _____          _____ RECEIVED
ENTERED _____        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          JUN 0 2 2025

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____  MAM  DEPUTY
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry M. Banks
1063 West Columbia Ave.
Chicago, IL 60626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

**CLERK**

*(By) DEPUTY CLERK*

07/09/24

**DATE**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:23-cv-01629-GMN-DJA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ALBERTSON; DEAL ; DELIVERY

was received by me on *(date)*  05/05/2025 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*  USM-285 NOT RECEIVED BY DUE DATE

~~UNEXECUTED~~

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  05/02/2025                   _____
                                         *Server's signature*

                                    M. MOORE   IA USMS
                                         *Printed name and title*

                                    _____
                                         *Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                              [ Reset ]