UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LARRY M. BANKS,

          Plaintiff,

vs.

ALBERTSON'S DEAL AND DELIVERY,

          Defendant.

Case No.: 2:23-cv-01629-GMN-DJA

**ORDER DISMISSING CASE**

      In the Court's Order, (ECF No. 48), the Court gave Plaintiff a third extension of time to attempt to properly serve the Defendant in this case. The Court set a deadline of July 30, 2025, for Plaintiff to accomplish service, and warned that the "[f]ailure to meet this deadline WILL result in dismissal of this case." To date, Plaintiff has not complied with the Court's instructions and has not served Defendant. (*See* Summons Returned Unexecuted, ECF No. 49). Plaintiff was given ample opportunity to serve Defendant and clear notice that his failure to do so would result in dismissal of his case. Because Plaintiff has not met the deadline for service, **IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

      The Clerk of Court is kindly directed to close this case.

Dated this   25   day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court